FILED 30 MAY '23 11 05USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

Portland _____ DIVISION

| | |
|---|---|
| **Michael Angelo Esparza** | Civil Case No. **3:23-cv-00784-MC** |
| *(Enter full name of plaintiff)* | (to be assigned by Clerk's Office) |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (PRISONER COMPLAINT) |
| **Nancy Bobs** | Jury Trial Demanded |
| **Shannon Soldati** | ☒Yes        ☐No |
| **M. Punzo** | |
| *(Enter full name of ALL defendant(s))* | |
| Defendant(s). | |

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**    Name: **Michael Angelo Esparza**

Street Address: **FCI Sheridan, PO Box 6000**

City, State & Zip Code: **Sheridan, Oregon 97378**

Telephone No.: **None**

Complaint for Violation of Civil Rights (Prisoner Complaint)                    1
[Rev. 01/2018]

**Defendant No. 1**    Name: **Nancy Bobs**

Street Address: **FCI Sheridan, 27072 Ballston Road**

City, State & Zip Code: **Sheridan, Oregon 97378**

Telephone No.: **Unknown**


**Defendant No. 2**    Name: **Shannon Soldati**

Street Address: **FCI Sheridan, 27072 Ballston Road**

City, State & Zip Code: **Sheridan, Oregon 97378**

Telephone No.: **Unknown**


**Defendant No. 3**    Name: **M. Pumzo**

Street Address: **FCI Sheridan, 27072 Ballston Road**

City, State & Zip Code: **Sheridan, Oregon 97378**

Telephone No.: **Unknown**


**Defendant No. 4**    Name: **Does 1 and 2**

Street Address: **FCI Sheridan, 27072 Ballston Road**

City, State & Zip Code: **Sheridan, Oregon 97378**

Telephone No.: **Unknown**


## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.  You are bringing suit against (*check all that apply*):

[X] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)


Complaint for Violation of Civil Rights (Prisoner Complaint)                    2
[Rev. 01/2018]

B. What federal constitutional, statutory, or treaty right(s) is/are at issue?

**8th Amendment violation against cruel and unusual punishment**

## III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

**See attached  Pages 3a and 3b.**

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

Complaint for Violation of Civil Rights (Prisoner Complaint)                3
[Rev. 01/2018]

**Statement of Claims I**

The Plaintiff is a Minimum Custody inmate housed at a Federal Prison Camp in Sheridan, Oregon (FCI Sheridan Camp).

Defendant Nancy Bobs is the Assistant Warden at FCI Sheridan Camp and supervised the raid and assault of inmates on August 1, 2022.

Defendant Shannon Soldati is the Plaintiff's Case Manager at FCI Sheridan Camp and participated in the assault of building 6 at the Camp as well as operated the video camera used to interview the Plaintiff on August 1, 2022.

Defendant Punzo placed the Plaintiff in a vehicle for transport on August 1, 2022 and participated in the assault on building 6 at the Camp.

Does 1 and 2 (name at the time of this filing unknown to the Plaintiff) sexually assaulted the Plaintiff at the direction of Defendant Bobs and beat the Plaintiff prior to his placement in the Special Housing Unit.

On August 1, 2022, Bureau of Prisons SORT team raided the FCI Sheridan Camp Building 6 at the direction of Defendant Bobs. The SORT (Assault Team) was made up of correctional officers from FCI Atwater (a Maximum Security facility in California), FCI Lompoc and Camp staff (including the Defendants). At 5:00 am the assault team entered wing 3 of building 6 screaming "Wake the Fuck Up!". Two of the assault team (Does 1 and 2) gave contradictory direction to the inmates. One told the inmates to get on their bunks while the other ordered them off their bunks. Defendant Doe 2 grabbed the Plaintiff and threw him off his bunk. Doe 1 walked the Plaintiff out of the wing. This was witnessed by at least a dozen inmates.

In the hall outside the wing, both Defendant Does 1 and 2 assaulted (beat) the Plaintiff. The Plaintiff was not handcuffed when he was taken to the wing bathroom next to the hand dryer. Defendant Doe 2 searched the Plaintiff which involved foddling his penis and testicles. When the Plaintiff objected to this sexual activity by Does 1 and 2, he was further beaten by Does 1 and 2. The Plaintiff was forced to the ground and punched and kicked. At that point Defendant Bobs entered the bathroom and witnessed the beating and the assault. Defendant Bobs made no attempt to stop the assault.

When the Plaintiff was handcuffed and taken from the building he told Defendant Punzo about the sexual assault. Defendant Punzo told the Plaintiff "Shut the Fuck Up!" and offered no first aid.

The Plaintiff was eventually taken to the Special Housing Unit where he met with Defendant Soldati. Defendant Soldati was videotaping the interview with the Plaintiff, but deliberately erasing statements made by the Defendant regarding his sexual assault. Defendant Soldati offered no medical treatment, nor did she contact FCI Sheridan SIS regarding the

**Page 3a**

sexual assault.

An incident report (see attached "A") was issued to the Plaintiff regading the episode, but Defendant Punzo failed to provide details of the sexual assault and the names of the Assault Team (SORT) members that perpetrated it. However, page 2 of the report states that the DHO considered Photographs, Staff Memorandum, Medical Assessments and the Detention Order. These documents will provide the names of Defendant Does 1 and 2 and the Plaintiff intends to amend this complaint when the names of the individuals sexually assualted him are known.

The facility in question is a camp. It does not house violent criminals and has no barriers to keep inmates on the compound. Furtermore, the Plaintiff was in a Residential Drug Treatment Building. Defendant Bobs unleashed a collection of assault team members that were collected from institutions a thousand miles away to unleash terror on the Plaintiff and a group of inmates in drug treatment. The Plaintiff was never found with a weapon or any other object that would justify a beating, much less a sexual assault, but Defendant Bobs felt that this was needed.

Defendant's Soldati and Punzo went along for the ride and had a legal obligation to report on their fellow assault team members. They did not have the courage, or will, to do so.

It is important to note that the Plaintiff was returned to the Residential Drug Treatment Building after this episode. If, indeed the Plaintiff was actually guilty of attempting to assault the terrorist Defendants, he would have been removed from the camp and sent to a higher level of security. This was not the case.

Page 3b

_____

_____

_____

_____

_____

_____

_____

_____

_____

## Claim III

*State here as briefly as possible the facts of your case.  Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result.  It is not necessary to give any legal arguments or cite any cases or statutes.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                                    4
[Rev. 01/2018]

## IV.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

I have filed for administrative relief as to all claims in Section III and have concluded all administrative appeals available to me.

[X]Yes                    [ ]No

## V.  RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking.  Make no legal arguments.  Cite no cases or statutes.*

**$1,000,000 for pain, suffering, sexual assault and the Defendant refusal**

**to address the Plaintiff's assault after it occurred.**

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __May_____, 20__23__.

_____
*(Signature of Plaintiff)*

Complaint for Violation of Civil Rights (Prisoner Complaint)                    5
[Rev. 01/2018]

A¹ of 4



BP-A0304    **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

| Institution: **SHERIDAN FCI** | Incident Report Number: **3657756** | |
|---|---|---|
| NAME OF INMATE: **ESPARZA, MICHAEL** | REG.NO.: **48840-086** | UNIT: **UNIT 6RDAP** |
| Date of Incident Report: **08-01-2022** | Offense Code(s): **224A 307** | |
| Date of Incident: **08-01-2022** | | |

Summary of Charges:

**224 -- ASSAULTING W/O SERIOUS INJURY (Attempting).**
**307- REFUSING TO OBEY AN ORDER 307.**

---

I.    NOTICE OF CHARGE(S)

A.   Advanced written notice of charge (copy of Incident Report) was given to inmate on **08-01-2022**    at **1530 hrs**   (by staff member) **D. ILTEN**

B.   The DHO Hearing was held on **08-10-2022**      at **1025 hrs**

C.   The inmate was advised of the rights before the DHO by (staff member):
     **M. Punzo**                         on    **08-09-2022**

     and a copy of the advisement of rights form is attached.

D.   Delay in Process   **None**

---

II.   STAFF REPRESENTATIVE

A.   Inmate waived right to staff representative:   [Yes] **X**      [No] __

B.   Inmate requested staff representative and
     **NA**                                                        appeared.

C.   Staff Representative's Statement:
     **NA**

D.   Requested staff representative declined or could not appear but inmate was advised of option to postpone hearing to obtain another staff representative with the result that:
     **NA**

E.   Staff representative   **NA**                              was appointed.

---

III.  PRESENTATION OF EVIDENCE

A.   Inmate (  ) admits    ( **X** ) denies the charge(s).

B.   Summary of Inmate Statement:
     You appeared at the hearing and were read a review of your rights and you understood the charges as the DHO explained them. Inmate ESPARZA denied the charge before the DHO stating : "I totally deny. I am not trying to get in to trouble. There was no reason for me to assault the Officer. I am not violent. I was the one picked to make an example. I want to move forward. I have never been violent. It makes no sense. I was woke up. I did not attempt to assault the Officer. Those Officers assaulted me."



BP-A0304     **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

---

C.   Witnesses

---

1.   The inmate waived right to witnesses.   [Yes] **X**    [No] __

2.   The following persons were called as witness at this hearing and appeared
(Each witness name and statement listed below):
**NA**

---

3.   The following persons requested were not called for the reason(s) given
(Each witness name and statement listed below):
**NA**

---

4.   Unavailable witnesses were requested to submit written statements and
those statements received were considered (Each witness name and
statement listed below):
**NA**

---

D.   Documentary Evidence. In addition to the Incident Report and
Investigation, the DHO considered the following documents:
**Incident Report - Photographs -- (BOP-IRPHO)**
**Incident Report - Staff Memorandums -- (BOP-IRMEM)**
**Incident Report - Medical Assessments -- (BOP-IRMEDA)**
**Administrative Detention Order -- (BP-A308)**

E.   Confidential information was used by DHO in support of his findings, but
was not revealed to the inmate. The confidential information was documented
in a separate report. The confidential information has been (confidential
informants have been) determined to be reliable because:
**NA**

---

IV.   FINDINGS OF THE DHO

__ A. The act was committed as charged.    __ C. No prohibited act was committed:

**X** B. The following act was commmitted:      Expunge according to inmate
**224A**      discipline PS.

---

V.   SPECIFIC EVIDENCE RELIED ON TO SUPPORT FINDINGS (Physical evidence, observations
written documents, etc.)

The Discipline Hearing Officer, (DHO) advised the inmate of their due process rights at the time of
the hearing. You stated you understood your rights and did not have any documentary evidence to
present to the DHO. You did not request any witnesses or the services of a staff representative to
assist you during the hearing. You have been afforded due process and have had ample time to
prepare a defense prior to the Discipline Hearing. You indicated to the DHO you were ready to
proceed with the hearing.

It should be noted that your UDC hearing was conducted late based on staff shortages at the time.
This was explained to you at your UDC hearing, and again at your DHO hearing. This extension did
not hinder your due process rights nor affect your ability to present a defense.. The warden s memo
approving this delay is included with the DHO packet.

The DHO determined you committed the prohibited act of: 224 ( ATTEMPTING) Assaulting



BP-A0304      **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

any person (a charge at this level is used when less serious physical injury or contact has been attempted or accomplished by an inmate). The DHO explained to you that attempting to commit any offense, and making plans to commit any offense, shall be considered the same as a commission of the offense itself.

The DHO based this decision on the facts presented in the body of the written report:
Inmate ESPARZA, MICHAEL, #48840-086
On August 1, 2022 at approximately 5:25 AM while conducting a mass search of unit Camp Unit 6 Wing 3, inmate Esparza, Michael Reg. No. 48840-086 was given a direct order to place his hands on the wall and submit to a pat search and refused to comply. At this time Inmate Esparza became actively resistant towards staff and turned towards staff in an aggressive manner. Due to inmate Esparza showing signs of immanent violence, Inmate Esparza was placed on the ground with the least amount of force necessary to gain control. Inmate Esparza was then placed in hand restraints, escorted to health services, metal detected, pat searched, and then escorted to the Federal Detention Center with no further incident. I have no loss of equipment and no injuries.

The DHO considered your statement of denial. You stated "I totally deny. I am not trying to get in to trouble. There was no reason for me to assault the Officer. I am not violent. I was the one picked to make an example. I want to move forward. I have never been violent. It makes no sense. I was woke up. I did not attempt to assault the Officer.  Those Officers assaulted me." The DHO considered your statement during the UDC which states; " First CO came into the wing and told us to "stand by your bunks." Then about 30 seconds later another CO came by and told us to "stay on our bunk." The 2nd CO came back after walking down the wing and he came and grabbed me because I wasn't on my buck. He then escorted me towards the bathroom side of the wing. He placed me towards the hand dryer in the bathroom and did a pat search, I was uncuffed. He then told me to stop resisting, when I wasn't. He pushed my head against the wall hard. Then he grabbed me by my arm and spun me around. Him and another CO told me to get on the ground, which I did. Then they cuffed me and escorted me out of the wing. The DHO considered your statement during the Lieutenant's investigation which states; "the C/O who wrote this, his statement is wrong! He never asked me to place my hands on the wall. The first C/O that came in the wing, said everyone get up and stand by your bunks. I was getting dressed, and another C/O came in and said come with me. He took me outside, then started attacking me, then other C/O's started joining in and attacking me too!" At times, inmates tend to discredit the writer of the report due to them having no proper defense for the prohibited act that has been reported. You offered no explanation for your actions. However, the reporting officer is very specific about your actions. Officer M Hagge stated you were given a direct order to place your hands on the wall and submit to a pat search. You refused to comply. You became actively resistant towards staff and turned towards the staff in an aggressive manner, showing signs of imminent violence toward staff. Thus, prompting staff to place you on the ground to gain control of you, using least amount of force necessary. The reporting officer is obligated to tell the truth and has nothing to gain by not being truthful. The DHO found no evidence, nor did you provide evidence, to indicate the staff member conspired to falsely accuse you of this misconduct. Lastly, the DHO determined that you had much to lose by accepting responsibility or being truthful in this matter. Based on the greater weight of the evidence, the greater weight being the report, photos, your lack of defense, and your statements, you are found to have committed the prohibited act.



BP-A0304    **DISCIPLINE HEARING OFFICER REPORT**

Dept. of Justice / Federal Bureau of Prisons

VI.    SANCTION OR ACTION TAKEN

**224A (FREQ 1) - DIS GCT 26 DAYS, 224A (FREQ 1) - DS 15 DAYS, 224A (FREQ 1) - LP COMM 90 DAYS, 224A (FREQ 1) - LP VISIT 90 DAYS**

VII.    REASON FOR SANCTION OR ACTION TAKEN

**The DHO disallowed good conduct time in accordance with your sentencing guidelines (PLRA). The DHO imposed the sanctions of disciplinary segregation, and loss of commissary and visiting privileges as punishment for committing the prohibited act and to make you accountable for your actions.**

**Assaulting another person seriously jeopardizes the safety of that person and disrupts the orderly running of the institution. This act also creates a dangerous environment for responding staff and could ultimately create a more serious incident.**

VIII.    APPEAL RIGHTS:    **X**    The inmate has been advised of the findings, specific evidence relied on, action and reasons for the action. The inmate has been advised of his right to appeal this action within 20 calendar days under the Administrative Remedy Procedure. A copy of this report has been given to the inmate.

IX.    Discipline Hearing Officer

| Printed Name | Signature | Date |
|---|---|---|
| **R. HUDSON** | **R. HUDSON** | **08-15-2022** |

DHO Report Delivered to Inmate by:

| Hudson | *[signature]* | 8/17/22 / 11:00 AM |
|---|---|---|
| Printed Name of Staff | Signature of Staff | Date & Time Delivered |

The Government Paperwork Elimination Act (GPEA) of 1998 authorized Federal Agencies the use of electronic forms, electronic filing, and electronic signatures to conduct office business.